AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

## SUMMONS IN A CIVIL CASE

Martin

V.

Midland Funding, LLC

CASE NUMBER: 1:11-cv-3104

ASSIGNED JUDGE: Kocoras

DESIGNATED MAGISTRATE JUDGE: Denlow

TO: (Name and address of Defendant)

Midland Funding, LLC
c/o Registered Agent Illinois Corporation Service
801 Adlai Stevenson Dr.
Springfield, IL 62703

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Alexander H. Burke, Burke Law Offices, LLC
155 N. Michigan Ave., Suite 9020
Chicago, IL 60601
ABurke@BurkeLawLLC.com

an answer to the complaint which is herewith served upon you, within _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

MICHAEL W. DOBBINS, CLERK
(By) DEPUTY CLERK

DATE
May 10, 2011
DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 5/11/2011 | |
| NAME OF SERVER (PRINT) Michelle Tomlin | TITLE process server | |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: IL Corp Serv. Comp 801 Adlai Stevenson Dr. Springfield IL

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 5-11-2011
Date

Signature of Server: Michelle Tomlin

Address of Server: 1032 S. 2nd St Springfield IL

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# RETURN OF SERVICE

| | | |
|---|---|---|
| **State of Illinois** | **County of United States District Court** | **Northern District Of Illinois Court** |

Case Number: 1:11-CV-3104

Plaintiff:
**Martin**

vs.

Defendant:
**Midland Funding, LLC**

For:
Burke Law Offices, LLC
155 N. Michigan Ave, Ste 9020
Chicago, IL 60601

Received by Courthouse Courier on the 11th day of May, 2011 at 11:10 am to be served on **Midland Funding LLC, C/O Illinois Corporation Service Company, 801 Adlai Stevenson Drive, Springfield, IL 62704**.

I, Michelle Tomlin, do hereby affirm that on the **11th day of May, 2011** at **1:10 pm, I:**

served a **REGISTERED AGENT** by delivering a true copy of the **Summons in a Civil Case and Complaint** with the date and hour of service endorsed thereon by me, to: **Lyle Neeman** as **Registered Agent** at the address of: **C/O Illinois Corporation Service Company, 801 Adlai Stevenson Drive, Springfield, IL 62704** on behalf of **Midland Funding LLC**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 57, Sex: M, Race/Skin Color: White, Height: 5'4, Weight: 165, Hair: Blonde, Glasses: Y

I being first duly sworn on oath, states that I am over 18 years of age and not a party to this lawsuit, and am a registered employee of Bill Clutter Investigations, Inc., a private detective agency, (Lic. #117-001206) under the Private Detective and Security Act of 1993. Under penalties of perjury as provided by law, pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the above statement is true and correct.

_____
Michelle Tomlin
129-316088

Courthouse Courier
1032 S. 2nd Street
Springfield, IL 62704
(217) 528-5997

Our Job Serial Number: CLU-2011001373

Copyright © 1992-2010 Database Services, Inc. - Process Server's Toolbox V6.4b

**INVOICE**

Invoice #CLU-2011001373
5/11/2011





Burke Law Offices, LLC
155 N. Michigan Ave, Ste 9020
Chicago, IL 60601

Send Payments To:
**Courthouse Courier**
1032 S. 2nd Street
Springfield, IL 62704
Phone: (217) 528-5997
61-1446230

**Case Number:** United States District Court 1:11-CV-3104

Plaintiff:
**Martin**

Defendant:
**Midland Funding, LLC**

Received: 5/11/2011   Served: 5/11/2011 1:10 pm   CORPORATE - REGISTERED AGENT
To be served on: Midland Funding LLC

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee | 1.00 | 40.00 | 40.00 |
| **TOTAL CHARGED:** | | | **$40.00** |
| 05/11/2011   Check #1397   Payment | | | 40.00 |
| **BALANCE DUE:** | | | **$0.00** |

Thank you for your business!

Please enclose a copy of this invoice with your payment.
IL. Detective Agency License No. 117-001206

Copyright © 1992-2010 Database Services, Inc. - Process Server's Toolbox V6.4b