**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| NICHOLAS MARTIN on behalf of himself and others similarly situated, | )<br>)<br>) |
| Plaintiff, | ) No. 11-cv-03104<br>) |
| v. | ) Judge Charles P. Kocoras<br>) |
| MIDLAND FUNDING, LLC, | ) Magistrate Judge Morton Denlow<br>) |
| Defendant. | ) |

**MIDLAND FUNDING LLC'S AGREED MOTION FOR
EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant, Midland Funding, LLC ("Midland"), by its attorneys, Dykema Gossett PLLC, and for its Agreed Motion for Extension of Time to Respond to Plaintiff's Complaint, states as follows:

1. Plaintiff's Complaint was filed on May 10, 2011. (Dkt. No. 1.) On or about May 11, 2011, Midland was served with the Complaint and Summons. (*See* Dkt. No. 7.) Thus, MCM's responsive pleading was due on June 1, 2011. (*See id.*)

2. Counsel for Midland was only recently retained, and requires additional time to properly investigate the allegations, to formulate an appropriate response, and to discuss settlement with Plaintiff's counsel.

3. On June 6, 2011, Midland's counsel communicated with Plaintiff's counsel regarding this motion and Plaintiff's counsel has agreed to an extension of time through July 6, 2011, for Midland to file its response to the Complaint.

4. Therefore, Midland requests additional time, up to and including July 6, 2011, to file its responsive pleading to Plaintiff's Complaint.

WHEREFORE, Defendant, Midland Funding, LLC, respectfully requests this Court grant an extension of time, up to and including July 6, 2011, to file its responsive pleading to Plaintiff's Complaint and for any other further relief this Court deems just and appropriate.

Dated:  June 6, 2011                                   Respectfully submitted,

                                                        **MIDLAND FUNDING LLC**

By:  s/ Renee L. Zipprich
      Renee L. Zipprich (rzipprich@dykema.com)
      James M. Golden (jgolden@dykema.com)
      DYKEMA GOSSETT PLLC
      10 South Wacker Drive, Suite 2300
      Chicago, Illinois  60606
      Phone: 312-876-1700
      Fax:     312-627-2302

      Theodore W. Seitz (tseitz@dykema.com)
      DYKEMA GOSSETT PLLC
      Capitol View
      201 Townsend Street, Suite 900
      Lansing, Michigan  48933
      Phone: (517) 374-9100
      Fax:     (517) 374-9191

## **CERTIFICATE OF SERVICE**

I hereby certify that on **June 6, 2011**, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

Alexander H. Burke (aburke@burkelawllc.com)

s/ J. Richard Madamba

CHICAGO\3284760.1
ID\JRMA - 097356/0999