

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**                                                           **OFFICE OF THE CLERK**
**CLERK**                                                                                    (312) 435-5691

October 12, 2011

California Southern District Court

Edward J. Schwartz Federal Building

880 Front Street, Suite 4290

San Diego, CA 92101

Re: Martin v. Midland Funding, LLC

Case: 11-cv-3104

Dear Clerk:

Enclosed is the electronic record which is being transferred to your court pursuant to an order entered by the Judicial Panel on Multidistrict Litigation, through its Clerk on 10/11/11.

■      was electronically transmitted to USDC, California Southern District

Please acknowledge receipt on the enclosed copy of this letter.

                                                                Sincerely yours,

                                                                Michael W. Dobbins, Clerk

                                                                By:      s/Carmen Acevedo

Enclosures

New Case No. _____     Date _____